AO442 (Rev. 3/17) Warrant for Arrest

United States District Court
District of New Jersey

**UNITED STATES OF AMERICA**

v.

ROCCO DESIMONE

# WARRANT FOR ARREST

**Case Number:** 08-2009 (JS)

FID/1462838
1:08-MJ-43A

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest Rocco DeSimone
**and bring him or her forthwith to the nearest magistrate to answer a(n)**
___ Indictment ___ Information X Complaint ___ Order of court ___ Violation Notice ___ Probation Violation Petition

charging him or her with (brief description of offense)

Escape

in violation of Title 18, United States Code, Section(s) 751

Joel Schneider
**Name of Issuing Officer**

United States Magistrate Judge
**Title of Issuing Officer**

[signature]
**Signature of Issuing Officer**

March 18, 2008, Camden, New Jersey
**Date and Location**

Bail fixed at $ ____________________ by ________________________________

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

_______________________________________________

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

ORIGINAL FILED
MAR 1 8 2008
WILLIAM T. WALSH, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL COMPLAINT** |
| v. | : | |
| ROCCO DESIMONE | : | Mag. No. 08-2009 (JS) |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about the dates set forth in Attachment A, in the District of New Jersey and elsewhere, defendant Rocco DeSimone did:

SEE ATTACHMENT A

in violation of Title 18, United States Code, Section 751.

I further state that I am a Deputy United States Marshal for the United States Marshal's Service, and that this complaint is based on the following facts:

SEE ATTACHMENT B

continued on the attached page and made a part hereof.

KEVIN MERRIGAN,
Deputy United States Marshal,
United States Marshal's Service

Sworn to before me and subscribed in my presence,
March 18, 2008, at Camden, New Jersey

HONORABLE JOEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

Attachment A

On or about March 16, 2008, in the District of New Jersey and elsewhere, defendant

ROCCO DESIMONE

did knowingly escape from the custody of the United States Department of Justice, Bureau of Prisons, Federal Correctional Institution Fairton, in Fairton, New Jersey, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the District of Rhode Island upon conviction for the commission of Filing a False Tax Return, in violation of Title 26, United States Code, Section 7206(1).

All in violation of Title 18, United States Code, Section 751 and Section 2.

Attachment B

I, Kevin Merrigan, am a Deputy United States Marshal, United States Marshal's Service. Following an investigation, I am aware of the following facts, although I have not included all of the facts known to me in this affidavit, just those facts which I believe necessary to establish probable cause. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part:

1. At all time relevant to this Affidavit, Federal Correctional Institution at Fairton, New Jersey ("FCI Fairton") is a federal correctional institution within the Bureau of Prisons ("the BOP"), an agency within the United States Department of Justice.

2. On or about August 18, 2004, defendant Rocco DeSimone was indicted by a federal grand jury sitting in the District of Rhode Island and charged with Wire Fraud, in violation of Title 18, United States Code, Section 1343, and Filing a False Tax Return, in violation of Title 26, United States Code, Section 7206(1). United States v. Rocco DeSimone, Dist. R.I. Crim. No. 1:04-CR-80 (S)

3. On or about March 22, 2005, defendant Rocco DeSimone was convicted by a jury of Filing a False Tax Return.

4. On or about August 23, 2005, defendant Rocco DeSimone was sentenced to 27 months incarceration. On or about July 11, 2007, following an unsuccessful appeal, defendant DeSimone was ordered to self-report to a facility designated by the BOP by July 16, 2007. The BOP designated DeSimone's place of confinement as FCI Fairton.

5. On or about March 16, 2008, during the routine 10:15 p.m. institutional count at the satellite camp, BOP officials at FCI Fairton determined that defendant Rocco DeSimone was unaccounted for. BOF officials then conducted an area search and could not locate defendant

03/19/2008 10:28 8567575161 USMS CAMDEN PAGE 06/07

DeSimone. A bed count was then conducted and defendant DeSimone was not in his assigned bed.

6. It has been determined that defendant Rocco DeSimone left FCI Fairton, while serving his 27 month sentence, without the authorization of the Attorney General.