AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

United States

v.

Rocco P. DeSimone

APPEARANCE

CASE NUMBER: 1:08-M-0043A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant Rocco DeSimone

I certify that I am admitted to practice in this court.

March 24, 2008

*Date*

[signature]

*Signature*

Kevin J. Bristow 3984

*Print Name* *Bar Number*

505 Turks Head Bldg.

*Address*

Providence RI 02903

*City* *State* *Zip Code*

521-2800 521-2812

*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.