**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**vs.** **CASE NUMBER: 1:08-M-0043 A**

**ROCCO P. DESIMONE**

**DEFENDANT ROCCO P. DESIMONE'S MOTION FOR A CONTINUANCE OF HEARING DATE**

Now comes the Defendant, Rocco P. DeSimone, by and through his undersigned attorney, and hereby respectfully moves this Honorable Court for an order continuing the hearing date of Defendant DeSimone's Initial Appearance under Rule 40 from April 4, 2008 to April 18, 2008. In support of this Motion, the Defendant avers that defense counsel will be out of state attending a family funeral on April 4, 2008.

WHEREFORE, Defendant Rocco P. DeSimone respectfully requests that this Honorable Court continue his hearing to April 18, 2008, and for such other and further relief as to this Court may seem proper and just.

Respectfully submitted,
ROCCO P. DESIMONE
By his attorney,

Dated: April 3, 2008

______s/ Kevin J. Bristow________

Kevin J. Bristow, R.I. Bar Reg. No. 3984
505 Turks Head Building
Providence, R.I. 02903
401-521-2800; Fax 401-521-2812
kjbristowlaw@verizon.net

**Certification**

I certify that on April 3, 2008 I caused a true copy of this Motion to be sent via electronic filing (CM/ECF) to the following:

**Luis M. Matos**
luis.matos@usdoj.gov, joan.maul@usdoj.gov, kellyann.anderson@usdoj.gov; paulette.gamache@usdoj.gov; gale.james@usdoj.gov; usari-ecf@usdoj.gov

**Dulce Donovan**
dulce.donovan@usdoj.gov, kellyann.anderson@usdoj.gov; gale.james@usdoj.gov; nancy.a.diquinzio@usdoj.gov; paulette.gamache@usdoj.gov; usari-ecf@usdoj.gov

__s/ KEVIN J BRISTOW__