David A. DiMarzio
Clerk of Court

***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

Paulette J. Dube
Chief Deputy Clerk

April 17, 2008

RECEIVED
APR 2 1 2008
JOEL SCHNEIDER
U.S. Magistrate Judge

2008 APR 21 A 9: 56
RECEIVED CLERK
U.S. DISTRICT COURT

4015 Martin Luther King, Jr.
Federal Bldg and U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**RI Case # 1:08MJ43A**
**Your Docket No. 1:08-CR-2009JS**

On April 16, 2008, Magistrate Judge Lincoln D. Almond conducted a Rule 5 hearing in 1:08MJ43A, Rocco DeSimone.
The official court record for the District of Rhode Island is the electronic case filing system, CM/ECF. Please be advised you may access this database to obtain original pleadings. Our web site is: https://ecf.rid.circ1.dcn. Please use your court's Pacer account and password to access these documents. If you have any problems, please do not hesitate to contact us.
Below is a list of manual filings, exhibits and/or sealed documents, that, due to system limitations or local administrative procedures, require manual transmission:

N/A

Please acknowledge receipt on the enclosed copy of this letter and return to us for our files.
For questions regarding this document or transmission, please contact me at 401-752-7217.

Sincerely,

DAVID A. DIMARZIO

By: /s/ Jeannine Noel
Jeannine Noel, Deputy Clerk